FILED

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0333

_____

IN RE THE MARRIAGE OF:

JEFFERY PATRICK HEENAN,

      Petitioner and Appellant,

and

SARAH KATE WALLACE,

      Respondent and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2021